September 08, 2009

Mr. Jeffery T. Nobles
Haynes & Boone, LLP
1221 McKinney, Ste. 2100
Houston, TX 77010-2007
Mr. Marc G. Rosenthal
Rosenthal & Watson, PC.
6601 Vaught Ranch Road, Suite 200
Austin, TX 78730

RE: Case Number: 09-0745
 Court of Appeals Number: 13-08-00628-CV
 Trial Court Number:

Style: FREEDOM COMMUNICATIONS, INC., D/B/A THE BROWNSVILLE HERALD AND
 VALLEY MORNING STAR
 v.
 JUAN ANTONIO CORONADO, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above referenced-case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk

|cc:|Ms. Dorian E. |
| |Ramirez |